THOMAS PROCOPIO, Respondent, v. CROWLEY'S INCORPORATED, Appellant, et al., Defendants.— In an action to recover damages for injuries to a motor truck, order granting, conditionally, defendant's motion, under rule 156 of the Rules of Civil Practice, to dismiss for failure to prosecute, modified by striking from the ordering paragraph all the words following the word "granted." As thus modified, the order is affirmed, without costs. The denial of the motion was an improvident exercise of discretion. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

JEANETTE S. RABINOWITZ et al., Appellants, v. JOHN SCHILDNECHT et al., Respondents.— Action by plaintiff wife to recover damages for personal injuries suffered from a fall on an alleged icy sidewalk, and by plaintiff husband for loss of services. Judgment, entered on the verdict of a jury in favor of defendants, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

TEX R. STINNETT, an Infant, by CHARLOTTE A. STINNETT, His Guardian ad Litem, et al., Respondents, v. LIBERTY AIRCRAFT PRODUCTS CORPORATION, Appellant.— Action to recover damages for personal injuries sustained by a boy, thirteen years of age, who, while trespassing upon defendant's property, slipped and fell into a smouldering fire where defendant had burned refuse from its plant and over which it had pushed sand and gravel, and by his mother for expenses, etc. Judgment for plaintiffs reversed upon the law and facts, with costs, and the complaint dismissed on the law, with costs. The court charged, without exception, that the only duty on the part of defendant to the infant plaintiff was to refrain from intentionally injuring him. There is no proof whatever that defendant intended injury to the plaintiff; but, on the contrary, the record established that what defendant did was solely in the furtherance of its business and upon its own property, 150 feet from any public highway or thoroughfare. (*Leonard* v. *Home Owners' Loan Corp.,* 297 N. Y. 103; *Carbone* v. *Mackchil Realty Corp.,* 296 N. Y. 154; *Meyer* v. *Pleshkopf,* 251 App. Div. 166, affd. 277 N. Y. 576; *Zaia* v. *Lalex Realty Corp.,* 261 App. Div. 843, affd. 287 N. Y. 689.) Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

MOE WALLACH, Respondent, v. LOUIS KURITZKY et al., Doing Business under the Name of KURITZKY'S DAIRY, et al., Appellants.— Action to recover damages for personal injuries suffered by the plaintiff, and for property damage, as a consequence of a collision of plaintiff's automobile and defendants' truck. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

ZEESE-WILKINSON-DILLON CO., INC., Appellant, v. BROWNIE'S BLOCKPRINTS, INC., Respondent, et al., Defendants.— Order denying plaintiff's motion to strike out the affirmative defense of defendant Brownie's Blockprints, Inc., affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.